**Order entered February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00704-CV

**CTMGT FRISCO 11, LLC, Appellant**

**V.**

**ONCOR ELECTRIC DELIVERY COMPANY, LLC, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01359-2014**

## ORDER

We **GRANT** appellant's February 18, 2015 unopposed second motion for an extension of

time to file a reply brief. Appellant shall file a reply brief by **MARCH 9, 2015**.

/s/      ELIZABETH LANG-MIERS
           JUSTICE